UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> BOULA LONA SISOMPENG, ) <br> ) <br> Defendant. ) | Criminal No. <br> 05-40037-FDS |

## ORDER ON DEFENDANT'S MOTION FOR
## REDUCTION OF SENTENCE UNDER FAIR SENTENCING ACT

**SAYLOR, J.**

Defendant Boula Lona Sisompeng has moved for a sentence reduction based on the Fair Sentencing Act of 2010 and certain related changes in the sentencing guidelines.

To the extent that defendant seeks retroactive application of the changes in sentencing laws, the motion will be denied for the reasons stated in the Court's Order on Motion for Reduction of Sentence, filed on November 18, 2011.

To the extent that defendant contends that his plea agreement and judgment were violated because he is incarcerated more than 500 miles from his home and lacks access to a drug and alcohol program, the motion will also be denied. Neither fact, if true, would violate the terms of his plea agreement or the judgment.

For the foregoing reasons, defendant's Motion for Reduction of Sentence under Fair Sentencing Act is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: November 18, 2011      United States District Judge